PAMELA A. ROCHE v. NILES ROSTRON.

September 30, 1986.

Petition for certification denied.

WALTER BLAINE AND HERBERT R. PORTER, JR. v.
WILLIAM J. RITGER.

September 30, 1986.

Petition for certification denied.   (See 211 *N.J.Super.* 644)

ROSE ROGAN v. ROBERT E. ROGAN.

September 30, 1986.

Petition for certification denied.

IN THE MATTER OF THE 1982 FINAL RECONCILIATION
ADJUSTMENT OF JERSEY SHORE MEDICAL CENTER.

September 30, 1986.

Petition for certification denied.